# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                      CASE NO. 4:17-CR-00095-01 BSM

CHARLES DOBBINS                                                 DEFENDANT

## ORDER

Pursuant to 18 U.S.C. section 4247(b) and (c), defendant Charles Dobbins is remanded to the custody of the Attorney General or his authorized representative for a period not to exceed forty-five (45) days to undergo a psychiatric or psychological examination. The delay occasioned by the examination is excluded under 18 U.S.C. section 3161(h)(1)(A) and (h)(7)(A). The United States Marshal is directed to transport Dobbins within ten days of this order to FDC Houston, Texas to undergo the examination. *Id.* § 3161(h)(1)(F) (excluding the delay resulting from transportation to and from examination "except that any time consumed in excess of ten days from the date [of] . . . an order or an order directing such transportation, and the defendant's arrival at the destination shall be presumed to be unreasonable").

Pursuant to 18 U.S.C. section 4247(c), the person conducting the examination must file a report and send copies to counsel for the United States, Assistant United States Attorney Allison Bragg, Post Office Box 1229, Little Rock, Arkansas, 72203, and to counsel for the defendant, Nicole Lybrand, Federal Public Defenders Office, 1401 West Capitol Avenue, Suite 490, Little Rock, Arkansas 72201. The report must state whether Dobbins is

suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; whether he was insane at the time of the offense; and, if he was insane, whether his release would create a substantial risk of bodily injury to another person or serious damage to property of another person. 18 U.S.C. § 4247(c).

Fourteen (14) days from the date the examination report is received, any party who requests a hearing regarding any issues in the report or who opposes the report must file a motion for hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities. If no motions are filed within fourteen (14) days of the day the report is filed, its findings will be adopted or rejected, and the period of excluded delay will end.

IT IS SO ORDERED this 28th day of August 2017.

_____
UNITED STATES DISTRICT JUDGE